# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicity Fischer-Sibrel,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Manpower Companies Staff Employee Health and Welfare Plan No 518, et al.,<br><br>　　　　　Defendants. | No. CV-17-00546-PHX-DJH<br><br>**ORDER** |

　　　The Court having received the Stipulation of Dismissal with Prejudice as to Manpower Defendants (Doc. 35),

　　　IT IS ORDERED granting the Stipulation (Doc. 35) and dismissing this action <u>as to Defendant Manpower Companies Staff Employee Health and Welfare Plan, No. 518 and Defendant ManpowerGroup, Inc.</u>, with prejudice, each party to bear its own attorneys' fees and costs.

　　　IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

　　　Dated this 2nd day of October, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge